IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ERICSON GROUP, INC.,

    Plaintiff,

v.                                No. 2:04-CV-2033 M1/V

MARDI GRAS ZONE LLC,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR A SHORT EXTENSION OF DISCOVERY CUTOFF DEADLINE**

For good cause shown, it is

ORDERED: that the discovery cut-off date be and is hereby extended through and including, Thursday, July 14, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE:_____

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02033 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William F. Wessel
WESSEL & ASSOCIATES
127 Camp Street
New Orleans, LA 70130

William Alexander Porteous
PORTEOUS HAINKEL & JOHNSON
704 Carondelet St.
New Orleans, LA 70130--377

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT