FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE  05 AUG -1  PM 5: 04
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ERICSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No. 04-2033 Ml/V |
| | ) | |
| MARDI GRAS ZONE, LLC, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

## ORDER SETTING TELEPHONE CONFERENCE

A telephone conference has been set for <u>Monday, August 8, 2005, at 9:00 a.m.</u> to set new trial dates in this matter. Defendant/Counter-Plaintiff Mardi Gras Zone, LLC, shall initiate the call to the Court with all parties on the line.

SO ORDERED this ___1___ day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-2-05__

43

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02033 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

William F. Wessel
WESSEL & ASSOCIATES
127 Camp Street
New Orleans, LA 70130

William Alexander Porteous
PORTEOUS HAINKEL & JOHNSON
704 Carondelet St.
New Orleans, LA 70130--377

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT