IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯⎯ D.C.

05 AUG -9 PM 2: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ERICSON GROUP, INC., )
  )
  Plaintiff/Counter- )
  Defendant, )
  )
v. ) No. 04-2033 Ml/V
  )
MARDI GRAS ZONE, LLC, )
  )
  Defendant/Counter- )
  Plaintiff. )

### ORDER SETTING TRIAL SCHEDULE

A telephone conference was held in this case on August 8, 2005. Pursuant to the discussion at the conference, the Court hereby sets the following trial schedule:

Trial: <u>Monday, April 3, 2006, at 9:30 a.m.</u>

Pretrial Conference: <u>Monday, March 27, 2006, at 9:00 a.m.</u>

Pretrial Order: <u>Monday, March 20, 2006, by 4:30 p.m.</u>

SO ORDERED this 8 day of August, 2005.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-9-05

46

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CV-02033 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

William Alexander Porteous
PORTEOUS HAINKEL & JOHNSON
704 Carondelet St.
New Orleans, LA 70130--377

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

William F. Wessel
WESSEL & ASSOCIATES
127 Camp Street
New Orleans, LA 70130

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT